IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| US-PACIFIC RIM INVESTMENT GROUP, LLC, a Hawai'i limited liability company, | ) ) ) ) | CIVIL 12-00155-LEK-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CERAGREEN CO., LTD., a Korean limited liability corporation, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 16, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF US-PACIFIC RIM INVESTMENT GROUP, LLC'S MOTION FOR DEFAULT JUDGMENT," docket entry no. 22, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

//

DATED AT HONOLULU, HAWAII, November 5, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**US-PACIFIC RIM INVESTMENT GROUP, LLC VS. CERAGREEN CO., LTD; CIVIL NO. 12-00155 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**